THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>SCHOOLOGY, INC.,<br><br>**Defendant.** | CIVIL ACTION NO. 7:21-cv-04250- NSR<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC'S ANSWERS AND DEFENSES TO DEFENDANT SCHOOLOGY, INC.'S COUNTERCLAIMS

Now comes Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "RBDS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Schoology, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "Schoology") Counterclaims [Doc. 12] (hereafter the "Counterclaims") as follows:

### PARTIES

1.  RBDS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2.  Admitted.

### JURISDICTION

3.  RBDS incorporates by reference each of its answers in paragraphs 1-2 above.

4.  RBDS admits that jurisdiction is proper.

5.  Admitted.

6.  RBDS admits that venue is proper.  RBDS denies any remaining allegations in

paragraph 6.

## COUNT I

7. RBDS incorporates by reference each of its answers in paragraphs 1-6 above.

8. RBDS admits that an actual controversy exists concerning infringement of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 8.

9. Denied.

10. RBDS admits that Schoology seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 10.

## COUNT II

11. RBDS incorporates by reference each of its answers in paragraphs 1-10 above.

12. RBDS admits that an actual controversy exists regarding validity of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. RBDS responds that the referenced document speaks for itself.

15. RBDS responds that the referenced document speaks for itself.

16. RBDS admits that Schoology seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 16.

## PRAYER FOR RELIEF

To the extent a response is required, RBDS denies that Schoology is entitled to any of the relief requested.

Dated: June 16, 2021

Respectfully submitted,

*/s/ Jay Johnson*_____
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpcllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Jay Johnson*_____
**JAY JOHNSON**