THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLOGY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 7:21-cv-04250-NSR |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Schoology, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2021

Dated: July 13, 2021         Respectfully submitted,

*[signature]*

JAY JOHNSON
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpcllc.com

**ATTORNEYS FOR PLAINTIFF**

*[signature]*

Excylyn J. Hardin-Smith (EHS7780)
hardin-smith@fr.com
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 763-5070
Fax: (212) 258-2291

Neil J. McNabnay (pro hac vice forthcoming)
Ricardo J. Bonilla (pro hac vice forthcoming)
Michael A. Vincent (pro hac vice forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
macnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

**COUNSEL FOR DEFENDANT SCHOOLOGY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*[signature]*

JAY JOHNSON

Dated: White Plains, NY
July 13, 2021

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE